IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 4:23-CR- 221 |
| | § | Judge Mazzant |
| LANE KOROLY | § | |

## FACTUAL BASIS

The defendant, LANE KOROLY, hereby stipulates and agrees that at all times relevant to the Information, the following facts were true:

1.   I am the same person charged in the Information, and I am pleading guilty to Count One, Engaging in the Business Without a License (Firearms).

2.   The events described in the Information occurred in the Eastern District of Texas and elsewhere.

3.   I am not currently, nor have I ever been licensed to deal firearms within the meaning of Chapter 44, Title 18 United States Code.

4.   From March 2021 through September 2021, I willfully engaged in the business of dealing firearms. During that time, I sold approximately 118 firearms for profit.

5.   Most firearms that were purchased from Thomas Harris, Sporting Arms Company FFL, were done so with Harris' full knowledge that they would be resold for profit and that I was not the true purchaser/transferee. With Harris' full knowledge and aid, I would falsely state on the 4473 that I was the true purchaser/transferee.

Factual Basis - Page 1

## DEFENDANT'S SIGNATURE AND ACKNOWLEDGMENT

I have read or had read to me this factual basis and have discussed it with my attorney.  I fully understand the contents of it and agree without reservation that it accurately describes the events and my acts.

Dated: __9/25/23__

_____
LANE KOROLY
Defendant

## DEFENDANT'S COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this factual basis and have reviewed it with the defendant.   Based upon my discussions with the defendant, I am satisfied that the defendant understands it.

Dated: __9/25/23__

_____
BRIAN POE
Attorney for the Defendant

Factual Basis - Page 2